GOLDEN CITY COMMERCIAL BANK, Plaintiff, v 207 SECOND AVENUE REALTY CORP. et al., Defendants. MICHAEL G. ZAPSON, as Temporary Receiver of the Rents and Profits of 207 Second Avenue, New York, New York, Nonparty Respondent; JANET CHANG, as Successor in Interest, Nonparty Appellant.

Submitted April 8, 2013; decided May 2, 2013

Motion for reargument denied [*see* 20 NY3d 1056 (2013)].

In the Matter of CHARLES GOODACRE, Appellant, v RAYMOND KELLY, as the Police Commissioner of the City of New York, and as Chairman of the Board of Trustees of the Police Pensions Fund, Article II, et al., Respondents.

Submitted April 1, 2013; decided May 2, 2013

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 20 NY3d 860 (2013)].

NASSAU COUNTY, Appellant, v METROPOLITAN TRANSPORTATION AUTHORITY et al., Respondents.

Submitted March 25, 2013; decided May 2, 2013

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Supreme Court's denial of appellant's motion for renewal, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.